Case 1:25-mj-00074-MAU   Document 1-1

Case: 1:25-mj-00074
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 5/1/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Leading up to April 24, 2025, a Task Force Officer (hereinafter "TFO") with the Federal Bureau of Investigation (hereinafter "FBI") Washington Field Office (hereinafter "WFO") was working online in an undercover capacity (hereinafter "UC") as part of the Metropolitan Police Department-Federal Bureau of Investigation (hereinafter "MPD-FBI") Child Exploitation and Human Trafficking Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a public Kik[1] group which, based on the UC's experience, is a forum where people meet to discuss and trade original images and videos of underage children. While monitoring the group, an individual using the Kik name, "babygirll484" posted a message to the group stating, "I need a pervy daddy in my life." Shortly after posting this message "babygirll484" initiated a private Kik chat with the UC stating, "Heyyy." The UC responded and began a private chat with "babygirll484", believed to be the defendant, JAMIE SPIES (hereinafter "SPIES"), via Kik.

During the course of the chat, "babygirll484" informed the UC that she is a 24-year-old female residing in ▮▮▮▮▮▮▮▮▮▮▮▮, and that she is the mother of a 16-month-old son. As part of the conversation, the UC asked "babygirll484" to take a picture of herself holding up four fingers near her chest for the purpose of validating that she was in fact female. The user "babygirll484" agreed to do so and sent the UC a live camera picture of herself. The picture depicted what appears to be a female wearing a brown tank top and holding up four fingers near her chest. The image did not show her face, but a portion of a tattoo is visible on the female's left forearm.

---

[1] KIK is a free instant messaging mobile application that allows users to communicate in a group or private chat. Users can send and receive video and image files.

As the Kik chat continued on April 24, 2025, "babygirll484" stated, "I absolutely love perverts and pedos."[2] When the UC asked, "What's the naughtiest thing u done," "babygirll484" replied, "Ive never done anything with younger but I love cp[3] and watching men use really young. Always really wanted to fuck my real daddy." On the same date, "babygirll484" sent the UC a total of five video files via Kik private messenger, including:

1. A fifty-second video depicting an adult male inserting the head of his penis in an infant's vagina and ejaculating.

2. A forty-three-second video showing an adult male inserting his erect penis in the anus of what appears to be an infant or toddler aged female. The infant/toddler is heard crying and screaming.

3. A twenty-five-second video depicting an adult male sticking the head of his erect penis inside a toddler's vagina. The toddler is on her back sucking on a pacifier and the male ejaculates on the toddler's vagina.

4. A nineteen-second video showing an adult male rubbing his erect penis head on an infant's vagina.

5. A one minute and twenty-six-second-long video showing a prepubescent female sucking an adult penis. The adult ejaculates in the child's mouth.

On Friday April 25, 2025, the UC resumed chat communications with "babygirll484" via Kik**.** On that date, ""babygirll484"" sent the UC one additional video, which was forty-nine seconds in length, depicting an adult male inserting his erect penis in the anus of a toddler female. The toddler is heard crying and saying, "no no no." As the chat continued, "babygirll484" also

---

[2] "Pedos" is frequently used as a term for "pedophile."

[3] "CP" is frequently used as a term for "child pornography:

informed the UC that she masturbates to child pornography and stated, "I cum fast to them I don't last long."

During the Kik chat, the UC informed "babygirll484" that he was the father of 6-year-old girl and claimed that he is sexually active with his purported daughter when she is asleep. The UC also sent "babygirll484" approximately three pictures of his purported daughter.[4] The UC asked "babygirll484," "you never get tempted with your boy." In response, "babygirll484" stated, "I've had thoughts but I'd rather him try to do something when he's going through puberty. I wouldn't be upset if he has thoughts about fucking his mommy." The UC also asked, "Don't breast feed? Ever have thoughts." In response, "babygirll484" replied, "and I did for a little but it made me to horny I stopped myself." The user operating "babygirll484" expressed an interest in the sexual exploitation of the UC's daughter saying, "If I get to see you play with your girl I'll fall in love." The UC responded, "Yes, I will just let me know what u want to see, I will research how much to give to knock her out cold so I can do more." The user of the "babygirll484" account then suggested, "maybe some melatonin too." She further stated, I want to see you do as much as you can. I wanna see your cock touching her." She reiterated her desire to see the UC sexually abuse the child saying, "your pre cum sticking to her" and "I'd love so much to see that cock touching her pussy."

During the interaction, "babygirll484" introduced herself to the UC as "Jamie" and sent the UC a still image and multiple erotic videos of herself, none of which included her face. The still image, depicted below as Exhibit 1, shows a female from the neck down wearing a bikini while holding a phone in her right hand. The image also shows a tattoo on the female's right forearm that appears to be ███████████.

---

[4] The images do not depict a real child, nor do they depict child pornography.

On April 24, 2025, an Emergency Disclosure Request (EDR) was served to Kik for username "babygirll484". Kik responded and provided email address ███████@gmail.com. A subpoena was served to Google for that email address and Google provided the IP address ███████████████████████. An EDR was served to T-Mobile for that IP address and T-Mobile provided name ███████████████████, phone number ████████, and address ██████████████████████. A search of an open-source database for the address █████████████ identified Jamie Spies (SPIES), with a date of birth in ████.

A review of SPIES' publicly available social media showed photos that visually matched photos provided by "babygirll484," including a photo showing a tattoo consistent with that in the still image that "babygirll484" sent to the UC of herself in a bikini, described above as Exhibit 1. The social media photo with the similar-looking tattoo is listed below as Exhibit 2.



**Exhibit 1**            **Exhibit 2**

The background in the photos in Exhibit 1 and Exhibit 2 appear to be similar, including the dark brown couch against which the female is standing, as well as the gold-colored mirror in which the photos in Exhibits 1 and 2 are both taken. Additionally, the color of the cellular phone case is similar in both Exhibits 1 and 2.

An open-source search revealed both Instagram and Facebook accounts for ▮ and **SPIES**. On December 21, 2023, **SPIES**, using an associated Facebook account, posted the following picture depicted in Exhibit 3.



*Exhibit 3*

The photograph depicted a male carrying a car-seat, and five photographs of an infant which appears to be wearing boys clothing. The date the image was posted was December 21, 2023, suggesting that the infant in the photo may be approximately fifteen to sixteen months old, the same age as the child referenced by user "babygirll484" as being her son.

Instagram accounts were located for both SPIES and a user listed as "███████". Images depicting the usernames, listed names, and photographs are below in Exhibit 4 and Exhibit 5. The Instagram account depicted in Exhibit 4 shows a username of ███████, a display name of ███████ and additional information with hearts around the username ███████."

The Instagram account depicted in Exhibit 5 shows a username of "███████", a display name of "Jamie" and additional information with hearts around the username ███████ One of the photographs posted on the Instagram user profile page depicts SPIES in a green and white outfit, posing in a similar manner as Exhibit 1, and depicts a similar cellular phone case and tattoo as depicted in Exhibit 1, which babygirl484 sent to the UC. In addition, the same photo in Exhibit 2 is also depicted on the Instagram user profile.

Exhibit 4 and Exhibit 5 both depict the writing ███████ (Exhibit 4) and ███████ (Exhibit 5). Exhibit 4 and Exhibit 5 additionally show the username ███████ while Exhibit 4, believed to belong to ███, depicts hearts around ███████. Based on my training and experience, and knowledge of Instagram, this is commonly used to depict relationship status with another user on Instagram.



*Exhibit 4*



*Exhibit 5*

On April 24, 2025, "babygirll484" posted a video to the Kik group depicting herself engaging in intercourse as displayed in Exhibit 6 below. A portion of her face is visible in that

7

video. A Facebook account, believed to be utilized by SPIES posted a photograph of SPIES laying in bed. The photograph is depicted in Exhibit 7.



Exhibit 6                              Exhibit 7

Both Exhibits 6, the video sent by username "babygirll484," and Exhibit 7, located on the Facebook profile believed to be utilized by SPIES, depict similar color bedsheets, in addition to consistent facial features.

On April 29, 2025, law enforcement working with the FBI ▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, conducted surveillance on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. An agent drove by the residence and was able to photograph numerous vehicles in the driveway, as well as a small children's playschool set. The photograph is depicted below marked as Exhibit 8. In the photograph numerous vehicles were identified, including two white Volvos and a grey Volvo S40, bearing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A query of the ▮▮▮▮▮▮ Department of Transportation Vehicle Record database showed the registered owner of the grey Volvo S40 as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

8



*Exhibit 8*

An additional search of the ▮▮▮▮ Department of Transportation, Driver's license system for SPIES provided the name Jamie Greer Spies, with a listed address of ▮▮▮▮ ▮▮▮▮. The photograph associated with SPIES taken from the database is below as Exhibit 9. The photograph for SPIES taken from the ▮▮▮▮ Department of Transportation, Driver's license system depicts piercings and facial features consistent with the other exhibits depicting an image of SPIES.

*Exhibit 9*

A TFO assigned to the FBI ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ provided numerous incident reports involving related to SPIES. Notably, a 2017 incident report lists ▬▬ ▬▬ as the parent of SPIES. Additional ▬▬▬▬ law enforcement reports with dates in January of 2021 and October 2024 indicate that SPIES and ▬▬ were together on both dates when law enforcement encountered them.

Based on the above information, your affiant respectfully submits that there is probable cause to believe that JAMIE SPIES engaged in the Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2) on or about April 24 and April 25, 2025.

Respectfully Submitted,

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 1, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE