AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:25-mj-00074 |
| Jamie Spies | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 5/1/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Jamie Spies_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) (Distribution of Child Pornography).

Date: __05/01/2025__

*Issuing officer's signature*

City and state: ____Washington, D.C.____     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __5/1/25__, and the person was arrested on *(date)* __5/2/25__
at *(city and state)* __Reading PA__.

Date: __5/5/25__

*Arresting officer's signature*

FRANK Nero, Special Agent FBI
*Printed name and title*