Rev. 134D877

# CHARACTER REFERENCE LETTER FOR COURT

Cathleen SnyderSchuster
9526 old Easton rd
Kintnersville, PA 18930

May 19, 2025

Jay Mykytiuk, and whoever else this may concern,

My name is Cathleen SnyderSchuster, and I am writing to offer a character reference for Jamie Spies, whom I have had the privilege of knowing for 14 years as Lifelong friend, and godmother to both my children . With her court proceedings concerning Child Pornography approaching, I am compelled to share my observations of her character based on our extensive interactions.

Throughout my acquaintance with Jamie , she has consistently exhibited a character of integrity through her actions and contributions. A notable instance was Jamie 's commitment to Worked at jiffy lube as a Lead CSA, graduated automotive school , which underscored her dependability. As a result of Jamie 's commendable effort, The knowledge of more automotive technology .

Unfortunately, Jamie has recently encountered a significant challenge arising from Physical and mental abuse and SA in past relationships and also by the person who has coerced her into doing what has happened, she also is suffering from Postpartum depression and serve anxiety. . This has undoubtedly placed a strain on her  emotional well-being and daily life. Recognizing the difficulties she faces, Jamie took decisive action by They have reached out for support for raising her son and for also her mental health issues. She also was enrolled in therapy and would talk to me weekly as we would fill each other in on what was going on in our lives no matter how good or bad it was., demonstrating her proactiveness in overcoming challenging circumstances.

In conclusion, while acknowledging the seriousness of Jamie Spies's offense, I respectfully request that the court consider her longstanding positive character and the atypical factors that led to this lapse in judgment. It's vital to contemplate how the sentence could further affect Jamie and result in Her son koda has severe separation anxiety when it comes to not being with his mom and truthfully for her mental health issues her being in the place that she's in right now is putting her in the worst mindset possible because she is being set up I've known her for so long she's been there for the birth of my child and she's the godparent to both of my children. I would not choose somebody to be any of that or to be there for something that vulnerable and that special if I thought I had any intentions of what she's being accused of having. . With Jamie expressing remorse and taking concrete actions toward rehabilitation, I am confident in her ability to learn from this incident and continue contributing positively to society.

Should you require any further information or wish to discuss this matter in more detail, please do

not hesitate to contact me.

Sincerely,

_____

Cathleen SnyderSchuster
(267) 897-5786
Cat11399@gmail.com

Character Reference Letter for Court

From,
Emma Spies
6202 Beth Page Drive,
Fontana, CA 92336
[Espies516@gmail.com](mailto:Espies516@gmail.com)
(213)462-5032

To the Honorable Judge,

    I'm writing this letter in support of my younger sister Jamie Greer Spies, who is currently before your court. The day my sister was born is the earliest childhood memory I have. I was three years old and still to this day I'm jealous of her blue eyes – while the rest of us daughters have brown. We grew up together and lived together until I enlisted in the Army Reserve in 2014 and moved out to California a few years later.

    Jamie was the one sister out of the four of us that I could tell anything to without judgment. In school, she was a friend to the girls who had no friends. The girls who faced incredible hardships and family challenges always found a companion in Jamie. Her one friend did drugs, stole, and had a baby in high school and Jamie would not forsake her. Jamie made radical changes in her life to prepare for her baby.

    Growing up, her room was rarely clean, and she didn't value her health. When she got pregnant, she changed her diet, immediately found a good doctor, and stayed on top of cleanliness and her health. She was excited, hopeful, and grateful to be a mother. She had completed a challenging two-year course right before she was pregnant as well. Even though that credential is incredibly marketable and could give her a great paying job, she gave that up to be a stay-at-home mom to focus all her attention, love, and care on Koda. Every time I visited Pennsylvania, I would visit her. Her house was incredibly clean, organized, and her son was always happy and well-behaved. She was thrilled for me to meet Koda, who I couldn't meet for over a year due to a deployment.

    I am confident that Jamie has potential for rehabilitation and will invest in every method to improve, heal, and be an amazing mother to her young son, Koda. I respectfully ask for your discernment and careful attention in her sentencing. I know the Federal Sentencing Guidelines provide the court with recommendations, and I realize how significant the possible sentence could be. I hope that you will find Jamie's life and potential warrants a low sentence.

    Thank you for taking the time to consider this character reference. Please do not hesitate to contact me if you have any questions regarding this letter.

Sincerely,

Emma Spies

Patricia Spies

Grandmother

As Jamie Greer Spies' grandmother, I would like to express my thoughts of Jamie from the time of her birth to this present time. Jamie has always been well behaved & pleasant to have her spend time with me. Jamie was always a pleasure to be with at our family gatherings. Often times Jamie would hug me & tell me she loves me.
As I watched Jamie grow, into a young woman, through the years I'm honored to be called her grandma.

Sincerely,
Patricia A Spies.

*Patricia A. Spies*

May 19, 2025

James Spies

Father of Jamie Spies

As Jamie's father I have been in her life since day one. Jamie lived with her mother and I for her entire upbringing. My knowledge of her crime is limited to the statement of the offence.

I have no detail information regarding the charges.

Jamie is a loving caregiver to her son and a detailed homemaker while living in Sinking Spring PA. Jamie went to Automotive Training Center where she graduated with many certifications to work in the automotive field. Jamie has a passion for cars and deeply loves her son and boyfriend. Jamie has a loving family and is surrounded by her three sisters and 3 brother-in-law who also love her dearly.

Jamie has faced many challenges in life, perhaps more than most. In face of those challenges she has maintained many friendships and despite her charges is loved and prayed for by 100's of folks surrounding her life.

I would be willing to discuss this reference and can be reached at 732-266-3251.

*[signature]*

5-16-25



May 13, 2025

To Whom It May Concern:

I met Jamie Spies in 2015 when she came to work at America's Keswick for the summer. Jamie was 15 at the time and it was, I believe, her first job. She was quiet, but got along well with others. She was a good worker, submissive to authority, and took direction well.

I have not kept in touch with her personally in recent years, but I know she comes from a loving and supportive family who will do whatever is needed to help her through her current situation.

If you have any questions, please feel free to call or email me.

Sincerely,

Ruth Schmidt
Administrative Assistant

established 1897

Addiction Recovery | Christian Events | Conference & Retreat Facilities | Training & Resources
Graeme Wilson, President & CEO
601 Route 530, Whiting, New Jersey 08759-3599
732.350.1187 | 800.453.7942 | fax 732.849.2926 | www.americaskeswick.org

# Character Reference Letter
Re: Jamie Spies

To whom it may concern,

I am writing this letter to express my support and provide a character reference for Jamie Greer Spies, who is currently facing charges before the court. I have known Jamie for all of her life, as she is one of my younger sisters. During our childhood and teen years, I've had the opportunity to witness her character and actions closely.

Living in a house with 4 sisters was equally wild as fun. Jamie was my buddy. I carried her around on my hip when I was 8 years old. She had the BIGGEST baby blue eyes you ever did see, and she always cracked us up with her goofy animal noises and her love for crocodiles. Seriously, she could make a legit crocodile noise at 4 years old. Probably still can, although she would be blushing I even mentioned this.

Jamie has always been an old soul. She appreciates good music and probably prefers it all on vinyl. The amount of nurture & care Jamie provided for her son was so beautiful. Her life became even more purposeful when Koda was born. Motherhood is not for the weak, Jamie is not weak. Jamie needs healing, which she is welcoming with open arms.

I understand the seriousness of the charges. I cannot grasp understanding of Jamies actions, but as her oldest sister, I will portray that Jamie has a heart of love and kindness that needs assistance to heal many childhood trauma wounds. Jamie is kind, and has always been easy to laugh with. We have had distance since she moved to Sinking Springs, PA. But Jamie hikes the 1.5 hours to visit, and comes for all the holidays.

Forgive me if this is too long, the love we have in our family is bigger than us. I firmly believe Jamie is capable of change.

Thank you,
Carly Starkey
82 Ervin Road
Pipersville, PA 18947